

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. T. M. Trimble
First Assistant State Superintendent
Austin, Texas

Dear Sir:

Opinion No. C-3444
Re: Whether trustees of
common school district
have authority to em-
ploy teachers on twelve
months basis.

In your letter of April 22, 1941, you request
our opinion in response to the following question:

"May the trustees of common school dis-
tricts employ teachers and pay them in twelve
monthly installments for the nine months
teaching service which they render?"

Article 2750a, Vernon's Civil Statute, provides
in part:

"That trustees of any common school district
or consolidated common school district shall
have authority to make contracts for a period of
time not in excess of two (2) years with princi-
pals, superintendents, and teachers of said com-
mon school districts or consolidated common
school districts, provided that such contracts
shall be approved by the County Superintendent..."

In our opinion No. C-506 we expressed the view
that a contract between a common consolidated school dis-
trict and its superintendent might validly provide for the
payment of the superintendent's salary in twelve monthly

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

installments, although he should teach only nine months during the year. We believe that such opinion applies to the question now submitted, and, without repeating the reasons therein given, answer your question in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By       *Lee Shoptaw*

Lee Shoptaw
Assistant

LS:lh

APPROVEDAPR 30, 1941

*Glenn R. Lewis*

Acting ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN